IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

CHARLES FREDERICK CUNDIFF,
      Plaintiff,

vs.                          Case No.   3:12cv574/LAC/CJK

WARDEN JORGE L. PASTRANA, et al.,
      Defendants.
_____

O R D E R

      This cause comes on for consideration upon the magistrate judge's Report and Recommendation dated December 4, 2012.  (Doc. 4).  The parties have been furnished a copy of the Report and Recommendation and have been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1).  I have made a de novo determination of the objections filed.

      Having considered the Report and Recommendation, and the timely filed objections thereto, I have determined that the Report and Recommendation should be adopted.

      Accordingly, it is now ORDERED as follows:

      1.     The magistrate judge's report and recommendation is adopted and incorporated by reference in this order.

      2.     This case is TRANSFERRED to the United States District Court for the Middle District of Florida.

    3.    The clerk is directed to close the file.


DONE AND ORDERED this 27th day of December, 2012.



s/L.A. Collier
_____
LACEY A. COLLIER
SENIOR UNITED STATES DISTRICT JUDGE